**DREHER LAW FIRM**
Robert Scott Dreher (CSB #120527)
Matthew R. Miller (CSB #194647)
Historic Louis Bank of Commerce Building
835 Fifth Avenue, Ste. 202
San Diego, California 92101
Tel: (619) 230-8828; Fax: (619) 687-0136

**PETER M. POLISCHUK, ATTORNEY AT LAW**
Peter M. Polischuk (CSB #086634)
3755 Avocado Blvd., #520
La Mesa, CA 91941-7301
Tel: (619) 660-6054; Fax: (619) 660-2687

Attorneys for Plaintiff and all others similarly situated.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
Stephen P. Sonnenberg (CSB #164881)
Maria A. Audero (CSB #210141)
515 S. Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Fax: (213) 627-0705

Attorneys for Defendant
BANC OF AMERICA INVESTMENT SERVICES, INC.

FILED
2006 OCT 18  AM 8:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA TURKISHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>BANC OF AMERICA INVESTMENT SERVICES, INC., a Florida corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 06cv1911-LAB (BLM)<br><br>**JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>Judge: Honorable Larry A. Burns<br>Courtroom: 9, 2nd Floor |

1          Case No. 06cv1911-LAB (BLM)
JOINT STIPULATION TO DISMISS ACTION W/O PREJUDICE

LEGAL_US_W # 54578576.1

Plaintiff Tamara Turkisher ("Plaintiff" or "Ms. Turkisher") and Defendant Banc of America Investment Services, Inc. ("Defendant") hereby stipulate, by and through their respective counsel, as follows:

1. Plaintiff filed a Complaint in the San Diego County Superior Court on August 16, 2006, case number GIC 870919. The Complaint seeks class action status for certain former and current Banc of America employees who are allegedly owed overtime compensation and unpaid wages under applicable law. On September 14, 2006, prior to being served with the Complaint, Defendant filed an Answer to the Complaint in Superior Court.

2. On September 15, 2006, Defendant removed the case to the United States District Court for the Southern District of California.

3. Plaintiff has discovered the existence of several putative class action cases against Defendant that involve similar factual allegations and seek to certify as a class the same scope of persons as alleged in the instant Complaint, which include:

(1) <u>James Karim v. Banc of America Investment Services, Inc.</u>, United States District Court, Central District of California, Case No. SACV06-167 AHS (MLGx); (2) <u>William J. Bettis v. Banc of America Securities, LLC</u>, California Superior Court, County of San Francisco, Case No. CGC 05-446335, recently dismissed; (3) <u>Dante DiFrancesco v. Banc of America Investment Services, Inc. et al.</u>, Case No. 05-CV-9749, United States District Court, Southern District of New York, in which the parties therein recently filed a stipulation to dismiss; (4) <u>Robert Bermant v. Banc of America Investment Services, Inc.</u>, Case No. BC 342505, California Superior Court, County of Los Angeles, in which the parties therein intend to file a stipulation to dismiss; (5) <u>Ina C. Fryer v. Banc of America Investment Services, Inc. et al.</u>, United States District Court, Eastern District of New York, Case No. CV-06-2664; (6) <u>Monica Bernhard v. Banc of America Investment Services, Inc. et al.</u>, Case No. L4024-06, Superior Court of New Jersey, Bergen County, recently dismissed; (7) <u>Monica Bernhard v. Banc of America</u>, United States District Court, District of New Jersey, Case No. 2:06-CV-03686-DMC-MF; and (8) <u>Irene Sinow et al. v. Banc of</u>

8. Accordingly, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), the parties hereby stipulate that the instant case be dismissed without prejudice.

DATED: October ___, 2006

**DREHER LAW FIRM**

By: _____
Matthew R. Miller
Attorneys for Plaintiffs

DATED: October 13, 2006

**PAUL, HASTINGS, JANOFSKY & WALKER**

By: _____
Maria A. Audero
Attorneys for Defendant Banc of America Investment Services, Inc.

### [PROPOSED] ORDER

After considering the parties' Joint Stipulation, the Court orders as follows: Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), the instant case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: 10-16-06

_____
Honorable Larry A. Burns
United States District Judge

LEGAL_US_W # 54578576.1

<u>Turkisher v Banc of America Investment Services, et al.</u>
*United States District Court for the Southern District of California*
*Case No. GIC 06cv1911-LAB(BLM)*

## PROOF OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the service occurs; and my business address is 835 Fifth Avenue, Suite 202, California 92101.

On **October 13, 2006** I caused to be served the following document(s) described as:

1) JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON

by placing a true copy thereof addressed as follows:

PETER M. POLISCHUK, ATTORNEY AT LAW
Peter M. Polischuk
3755 Avocado Blvd., #520
La Mesa, CA 91941-7301
(619) 660-6054


PAUL, HASTINGS, JANOFSKY & WALKER LLP
Stephen P. Sonnenberg
Maria A. Audero
515 S. Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
(213) 627-0705

[x]  BY MAIL. I am readily familiar with the Dreher Law Firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure 1013a.

[x]  BY FAX. In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed **October 13, 2006**, at San Diego, California.

_____
Barbara Wilhite